UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PELEUS INSURANCE COMPANY,

                        Plaintiff,

      -against-

CONSOLIDATED EDISON COMPANY and
BENDICT ROWLING,

                      Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

24-CV-6345 (RER) (LB)

**RAMÓN E. REYES, JR., United States District Judge:**

In a report and recommendation dated January 17, 2025, (ECF No. [25] (the "R&R")), Magistrate Judge Lois Bloom recommended that the Court should dismiss this action against defendant Benedict Rowling without prejudice pursuant to Fed. R. Civ. P. 4(m). (*Id.*) Judge Bloom advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). As set forth more fully in the R&R, this action is dismissed against defendant Benedict Rowling without prejudice.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: February 4, 2025
     Brooklyn, NY